1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6
7

DANNY TABB,

8
Plaintiff,

9
v.

Case No. C06-5111 RBL/KLS

10
KENNETH QUINN, *et al.*,

ORDER ADOPTING REPORT AND
RECOMMENDATION

11
Defendants.

12

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L.

13
Strombom, objections to the Report and Recommendation, if any, and the remaining record, does

14
hereby find and ORDER:

15
(1)    The Court adopts the Report and Recommendation;

16
(2)    Defendants' motion for summary judgment (Dkt. # 24) is **GRANTED**; and

17
(3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants
and to the Hon. Karen L. Strombom.

18
19

DATED this 11th day of May, 2007.

20
21

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

22
23
24
25
26
ORDER - 1